**Order entered April 22, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00971-CR

### NICHOLAS JAMES MCSPADDEN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-21268-R**

### ORDER

Before the Court is appellant's April 20, 2021 third motion for an extension of time to file his brief. In the motion, counsel states she needs more time to communicate with appellant. We **GRANT** the motion and **ORDER** the brief due on May 20, 2021.

/s/    DENNISE GARCIA
       JUSTICE